1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA DIANA NARVAIZ, | Civil No. 1:18-cv-01591-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSIVE BRIEF** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file his responsive brief. Defendant respectfully requests this extension of time because of his attorney's extremely heavy workload, including twelve other district court due within the next month, as well as a Ninth Circuit responsive brief to complete.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Wednesday, September 11, 2019.

Respectfully submitted,

Date: *August 12, 2019*  OSTERHOUT BERGER DISABILITY LAW, LLC

By: *ced/ Erik W. Berger* *
ERIK W. BERGER
*\* By email authorization on August 8, 2019*
Attorney for Plaintiff

Date: *August 12, 2019*  McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated: **August 13, 2019**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2