McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA DIANA NARVAIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:18-cv-01591-GSA<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSIVE BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her responsive brief. Defendant respectfully requests this extension of time because of a confluence of deadlines, including four other briefs due this week, as well as a Ninth Circuit responsive brief to complete next week.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Wednesday, September 25, 2019.

Respectfully submitted,

Date: *September 12, 2019*     OSTERHOUT BERGER DISABILITY LAW, LLC

By:  */s/ Erik W. Berger* *
ERIK W. BERGER
* *By email authorization on September 12, 2019*
Attorney for Plaintiff

Date: *September 12, 2019*     McGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated:  **September 12, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE